UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **XAVIER DUPERVIL, individually and on behalf of all others similarly situated,** | : : : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : : | NO. |
| **EASTERN REVENUE, INC.,** | : : | |
| **Defendant.** | : | **JURY TRIAL DEMANDED** |

### NOTICE OF REMOVAL
### OF DEFENDANT EASTERN REVENUE, INC.

Defendant Eastern Revenue, Inc. ("Eastern Revenue"), by and through its undersigned counsel, hereby petitions this Court as follows, pursuant to 28 U.S.C. § 1441(a):

1. Eastern Revenue is a defendant in an action pending in the Supreme Court of the State of New York, County of New York, Index No. 656265-2021, entitled *Xavier Dupervil, individually and on behalf of all others similarly situated v. Eastern Revenue, Inc.* ("the State Court Action"). A true and correct copy of the Summons and Complaint in the State Court Action are attached hereto as Exhibit "A". A true and correct copy of the NYSCEF docket for the State Court Action is attached hereto as Exhibit "B".

2. Plaintiff in the State Court Action is Xavier Dupervil ("Plaintiff"). See Exhibit "A".

3. Plaintiff's State Court Action alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* See Exhibit "A".

4. The State Court Action involves a question of federal law. Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. Pursuant to 28 U.S.C. § 1441(a), "[a]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

6. Since this case arises out of alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, Defendant may properly remove the State Court Action based on 28 U.S.C. § 1441(a).

7. This Notice has been filed with the Court within thirty (30) days after purported service of the Summons and Complaint on Defendant.

WHEREFORE, Defendant Eastern Revenue, Inc., prays that the State Court Action be removed from the Supreme Court of the State of New York, County of New York, Index No. 656265-2021, to this Court for proper and just determination.

**KAUFMAN DOLOWICH & VOLUCK, LLP**

By:  /s/ Richard J. Perr
RICHARD J. PERR, ESQUIRE
MONICA M. LITTMAN, ESQUIRE
Four Penn Center
1600 John F. Kennedy Blvd., Suite 1030
Philadelphia, PA 19103
Phone: 215-501-7002; Fax: 215-504-2973
Email: rperr@kdvlaw.com; mlittman@kdvlaw.com

Dated:  December 6, 2021    Attorneys for Defendant Eastern Revenue, Inc.

## CERTIFICATE OF SERVICE

I, RICHARD J. PERR, ESQUIRE, hereby certify that a true and correct copy of the foregoing Notice of Removal was delivered via electronic filing on all counsel of record, via First-Class mail, postage prepaid, and/or email upon the following:

David M. Barshay, Esquire
Barshay, Rizzo & Lopez, PLLC
445 Broadhollow Road, Suite CL18
Melville, New York 11747
dbarshay@brlfirm.com

Attorney for Plaintiff

       /s/ Richard J. Perr
RICHARD J. PERR, ESQUIRE

Dated: December 6, 2021

4874-5651-3541, v. 1